IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:16-cr-0050-02** |
| **v.** | : | |
| **RENITA BLUNT** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) Defendant Blunt's motion for judgment of acquittal or new trial is **DENIED**. (Doc. 140.)

2) Sentencing is scheduled for January 17, 2018, at 2:00 p.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

                                              s/Sylvia Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: December 21, 2017